*In re* **FREDERICK**, Robert George (MR 19520)
Urbana, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Robert George Frederick is suspended from the practice of law for 90 days. Suspension effective October 15, 2004.

Respondent Robert George Frederick shall reimburse the Disciplinary Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.

*In re* **FRIEDLANDER**, Harry P. (MR 19633)
Phoenix, AZ

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763 is allowed, and respondent Harry P. Friedlander, who has been disciplined in the State of Arizona, is censured in the State of Illinois.